# WILLCOX SAVAGE

ATTORNEYS AT LAW

One Commercial Place
Suite 1800
Norfolk, Virginia 23510
Telephone: 757.628.5500 • Facsimile: 757.628.5566

## FACSIMILE COVER PAGE

June 28, 2005

| | | | |
|---|---|---|---|
| To: Barnes & Noble.com, Inc. | Company | Facsimile Number: (212) 414-6018 | Confirmation Number: (212) 414-6000 |

From: Timothy J. Lockhart
Phone: 757-628-5582
Re:
Total Pages (including this page): 7

Client/Matter#: 25459.042
Please Send By: 12:00 PM
Time In:
Initials
Time Completed:

--- Message ---

EXHIBIT "A"

If you do not receive all pages, please call the sender at the number shown above.

**Confidential & Privileged**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. postal service. Thank you.



**SINCE 1895**

**WILLCOX & SAVAGE**

ATTORNEYS AT LAW

Timothy J. Lockhart
757-628-5582
tlockhart@wilsav.com

23459.042

June 28, 2005

*By Facsimile (212-414-6018)*

Barnes & Noble.com, Inc.
76 Ninth Avenue
New York, NY 10011

    Re:   Infringing Distribution of *DASH* by Eric J. Aronson

Dear Madam or Sir:

    This firm represents the writer Linda M. Ellis with respect to copyright matters. Ms. Ellis is the author of the poem "The Dash" and owns and has registered the copyright in that poem (Registration Certificate No. TX u 858-108, effective as of June 15, 1998).

    Ms. Ellis recently obtained an order from the U.S. District Court for the Northern District of Georgia that prohibits Eric J. Aronson from, among other things, distributing copies of his book *DASH* (ISBN 0-9742493-0-0, TurnKey Press, 2003) that contain Ms. Ellis's poem "The Dash." The poem appears, without authorization by Ms. Ellis, on two unnumbered pages after the table of contents and before the introduction of Mr. Aronson's book *DASH*.

    We understand that your company is distributing such copies of the book *DASH* and thereby distributing infringing copies of Ms. Ellis's poem "The Dash." Such distribution is clearly prohibited by the court's order, a copy of which we enclose for your reference. See the top of page three of the order, which expressly prohibits the "distribution of copies of the copyrighted Work ['The Dash'] to the public by sale or other transfer of ownership."

    Further distribution by your company of the book *DASH* containing Ms. Ellis's poem would constitute willful infringement of her copyright in "The Dash" and therefore potentially subject the company to the maximum statutory penalty of $150,000 (which penalty, as the order indicates, was imposed on Mr. Aronson), plus attorneys' fees, expenses, and costs. Accordingly, we hereby demand on behalf of Ms. Ellis that your company immediately and permanently stop its marketing, advertising, offering for sale, sale, or other distribution of copies of *DASH* that

J-654134.1

Reply to Norfolk Office

ONE COMMERCIAL PLACE    SUITE 1800    NORFOLK, VIRGINIA 23510    757.628.5500    FACSIMILE 757.628.5166
222 CENTRAL PARK AVENUE    SUITE 1500    VIRGINIA BEACH, VIRGINIA 23462    757.628.5600    FACSIMILE 757.618.5659

WWW.WILLCOXANDSAVAGE.COM

EXHIBIT "D-7"

Willcox & Savage

June 28, 2005
Page 2

contain Ms. Ellis"s poem and that you confirm to us in writing that the company has ceased all such activities.

Very truly yours,

Timothy J. Lockhart

Enclosure
cc: Linda M. Ellis (w/o encl.)
    Conrad M. Shumadine, Esq. (w/o encl.)

1664194.1